UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:13-cv-219-WKW |
| ) | |
| CITY OF MILLBROOK, ALABAMA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION TO ENTER CONSENT DECREE**

Plaintiff United States and Defendant City of Millbrook, Alabama (the "Parties") jointly move the Court to enter the attached Consent Decree. As grounds for this motion, the Parties state that the Consent Decree would resolve all outstanding claims in the above-captioned action among them and would be in the interest of justice.

Respectfully submitted this 8th day of April, 2013.

ROBERT L. GALBREATH
(DC Bar No. 460389)
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, N.W.
PHB, Fourth Floor
Washington, D.C. 20530
Telephone: (202) 353-9731
Facsimile: (202) 514-1005
Robert.Galbreath@usdoj.gov

RICK A. HOWARD (RLG) *
(ASB-9513-W79R)
Holtsford, Gilliland, Higgons, Hitson &
Howard, P.C.
4001 Carmichael Road
Suite 300
Montgomery, AL 36106
rhoward@hglawpc.com

Attorney for Defendant City of Millbrook,
Alabama

*Signed by Plaintiff counsel
with permission

1